UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LISA REED-JOHNSON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) No. 3:04-0466 |
| **MONTGOMERY COUNTY, TENNESSEE,** | ) JUDGE ECHOLS |
| **LIZ CARROLL, in her official** | ) |
| **and individual capacities, and** | ) |
| **LOIS BANKES, in her official** | ) |
| **and individual capacities,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Defendant's Objections to Plaintiff's Response (Docket Entry No. 57) are hereby GRANTED IN PART AND DENIED IN PART;

(2) Montgomery County's Motion for Summary Judgment (Docket Entry No. 47) is hereby GRANTED; and

(3) the Motion for Summary Judgment of Defendants Carroll and Bankes (Docket Entry No. 49) is hereby GRANTED.

This case is hereby DISMISSED WITH PREJUDICE.

It is so ORDERED.

                                          ROBERT L. ECHOLS
                                          UNITED STATES DISTRICT JUDGE